IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUNAID MAHMOOD<br><br>　　　Plaintiff,<br><br>v.<br><br>GLOBAL KICKS, LLC, et al.<br><br>　　　Defendants. | Case No. 1:22-cv-01545-JEB |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, Plaintiff to bear his own costs and attorney's fees.

| | |
|---|---|
| September 19, 2022 | Respectfully submitted, |
| **THATCHER LAW FIRM, LLC** | **DCWageLaw** |
| By: /s/ Aron Zavaro<br>ARON ZAVARO, # 230840<br>LINDA THATCHER, # 415317<br>7849 Belle Point Drive<br>Greenbelt, MD 20770<br>Phone: (301) 441-1400<br>Fax: (301) 441-9602<br>alz@thatcherlaw.com<br><br>*Counsel for Defendants* | By: /s/ Justin Zelikovitz<br>JUSTIN ZELIKOVITZ, #986001<br>519 H Street NW<br>Washington, DC 20001<br>Phone: (202) 803-6083<br>Fax: (202) 683-6102<br>justin@dcwagelaw.com<br><br>*Counsel for Plaintiff* |